FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

2014 FEB 21  AM 10: 01

SMARTRISE ELEVATOR, INC.,

    Plaintiff,

v.                                                    CASE NO. _8:14 cv 445 T23 78M_

SMARTRISE ELEVANTOR SERVICE, INC.
and ANDREA GUMM,

    Defendants.
_____/

## COMPLAINT

Plaintiff, SmartRise Elevator, Inc. ("SmartRise"), sues defendants, Smartrise Elevator Service, Inc. ("SES") and Andrea Gumm ("Gumm") (collectively SES and Gumm may be sometimes hereinafter referred to as "Defendants" or "defendants"), seeking a declaration that SmartRise does not infringe a service mark owned by Gumm and seeking to cancel a service mark or trademark, and states:

### Preliminary Statement

1.    This is an action for a declaratory judgment that SmartRise is not infringing a service mark, registered on the principal register, on the name "SmartRise Elevator Service", pursuant to 28 U.S.C. § 2201.

2.    This is also an action to determine defendant Gumm's right to register a service mark or trademark on the name "SmartRise," and for cancellation of the service mark registration on that name, pursuant to 15 U.S.C. § 1119.

TPA-22005
$400

1

## The Parties

3.      The plaintiff, SmartRise, is a corporation organized and existing under the laws of the State of Florida.  It engages in the business of elevator service, modernization, and new installations.  SmartRise's principal office is located at 4309 West Pearl Avenue, Suite L, Tampa, Florida 33611.

4.      On information and belief, defendant SES is corporation organized under the law of California.  On information and belief, SES's principal office is located at 7759 Summitrose Street, Tujunga, California 91042.

5.      On information and belief, defendant Gumm is a resident of California, with a mailing address of 9096 SVL Box, Victorville, California 92395.

## Basis for Jurisdiction and Venue

6.      Plaintiff seeks a declaratory judgment that it does not infringe any of defendants' alleged marks, which is authorized by 28 U.S.C. § 2201. Plaintiff also seeks a judgment from this Court cancelling defendants' alleged mark, which is authorized by 15 U.S.C. § 1119.

7.      This Court has jurisdiction over these claims pursuant to 28 U.S.C. § 1331 in that they arise under the Constitution and laws of the United States.  Because plaintiff's claims involve trademarks and arise under the Federal Trademark Act (the "Lanham Act") of July 5, 1946, as amended, 15 U.S.C. §§ 1051 *et seq.*, this Court has original jurisdiction pursuant to 15 U.S.C. § 1121 and 28 U.S.C. § 1338.

8.      This Court has personal jurisdiction over the defendants because the defendants have sufficient minimum contacts with the State of Florida to satisfy due process, have registered "Smartrise Elevator Service" as a Trademark with the Florida

Department of State, Division of Corporations, and are attempting to enforce the their purported trademark and service mark rights in "Smartrise Elevator Service" against plaintiff SmartRise in the State of Florida. A copy of Gumm's Florida trademark registration is attached hereto as Exhibit 1.

9.    Venue is proper in the Middle District of Florida pursuant to 28 U.S.C. § 1391(b), because SmartRise resides in and conducts business in Hillsborough County, Middle District of Florida, and because the defendants' actions to enforce their alleged rights were directed at SmartRise in the Middle District of Florida.

## FACTUAL ALLEGATIONS COMMON TO ALL COUNTS

10.    On January 30, 2014, SmartRise received an e-mail from Art Gumm (art@smartriseelevator.com), a copy of which is attached as Exhibit 2. The e-mail, purportedly sent on behalf of the defendants, threatened litigation:

> Sam, just a friendly warning of our intent to sue regarding the use of our name and trade mark infringement. Of note, we note [sic] only have a Federal Trade mark [sic], but our name is also Trade marked [sic] with the State of Florida. I spoke with them in detail and they will suspend any company in the State of Florida utilizing a Trade marked [sic] name and service mark. I thought I would give you one more opportunity to do the right thing before I utilize the tools available to me. I look forward to your response.

11.    On January 31, 2014, SmartRise received a letter via facsimile, a copy of which is attached as Exhibit 3. The letter, purportedly sent on behalf of the defendants, asserted in part:

> Please be advised, [sic] your use of SmartRise is a violation of Andrea Gumm's common law trademark rights, common law service mark rights, and trade name rights, and this letter constitutes Andrea Gumm's demand that you cease and desist any and all use of these names.

* * *

3

Please be advised that Andrea [Gumm] will undertake all appropriate steps to protect its [sic] Marks and its [sic] associated goodwill. You can avoid legal action by immediately ceasing and desisting from any and all infringing activity including use of the SmartRise Elevator and www.smartriseinc.com names. You must cease and desist all promotion and/or marketing of elevator service, repair, and modernization utilizing SmartRise name.

12.     SmartRise disagrees with defendants' claims that it is infringing Gumm's service mark. Specifically, Gumm does not own a valid or enforceable mark while SES does not appear to be the owner, holder, or licensee of any registered mark. Moreover, even if Gumm's service mark was a valid and enforceable mark – which it is not – Gumm's service mark is not a standard character claim mark and SmartRise's use of the name "SmartRise" does not infringe the design of Gumm's alleged service mark.

13.     More specifically, Gumm claims to be the owner of U.S. Servicemark Registration No. 3922590 (the "Registered Servicemark"). However, Gumm was not eligible to receive a federal registration for the non-standard character design service mark as she obtained her service mark registration by committing fraud on the United States Patent and Trademark Office ("USPTO").

14.     For these reasons, defendants should not be permitted to use their Servicemark Registration to coerce plaintiff to stop using the name 'SmartRise'.

15.     Gumm filed an application with the USPTO, which was assigned U.S. Serial Number 85061257 (the "Application"). In the Application, Gumm sought to register a non-standard character service mark consisting of a design plus words, letters, and/or numbers for "Smartrise Elevator Service".

16.     In the Application, Gumm described the Registered Servicemark as:

> The mark consists of the word "SMARTRISE" above the wording "ELEVATOR SERVICE" where there is a halo around the word "Smart", 1 (one) directional arrow as the dot on the "i" in "Rise", and 1 (one) directional arrow as the "V" in "Service".

17.     Moreover, Gumm stated that she, individually, was the person or entity using the Registered Servicemark in commerce as of June 1, 2010.

18.     As part of the Application, Gumm certified:

> I, the undersigned, authorized signatory of Applicant, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of this application or any resulting registration, declare that I am properly authorized to execute this application on behalf of the Applicant; that I believe the foregoing statements to be true; I believe the applicant to be the owner of the trademark sought to be registered, or, if the application is filed under 15 U.S.C. 1051(b), I believe Applicant to be entitled to use such mark in commerce; to the best of my knowledge and belief no other person, firm, corporation, or association has the right to use the above identified mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when applied in connection with the goods of such other person, firm, corporation or association to cause confusion, to cause mistake, or to deceive; and all statements made of my own knowledge in this application are true and all statements made on information and belief are believed to be true.

19.     A true and correct copy of the Application is attached to this Complaint as Exhibit 4.

20.     Neither Gumm nor SES was the first entity to use the term 'SmarRrise' in connection with elevators.   Plaintiff, for example, used the term 'SmartRise' in

connection with elevators prior to Gumm or SES and prior to the filing of the Application. Moreover, other companies within the United States use the term 'SmartRise' in connection with elevators. Moreover, upon information and belief, Gumm was not personally using the Registered Servicemark in commerce as of June 1, 2010 but that a corporate entity was.

21.     Defendants have used the Registered Servicemark (despite SES having no rights in or to the Registered Servicemark) to prevent other elevator service companies, such as Plaintiff, from using the name or words 'SmartRise' in connection with elevators or elevator services. Upon information and belief, Defendants plan to continue to proceed in this manner in the future.

22.     The USPTO would not have approved the Application pursuant to 15 U.S.C. § 1052 had it known that Gumm was not the person or entity actually using the Registered Servicemark and that the term 'SmartRise' had been used by others in the elevator and elevator service industries.

23.     When Gumm filed the Application, she knew that she, personally, was not using the Registered Servicemark.

24.     When Gumm filed the Application, she knew that others in the elevator and elevator service industries were using the term 'SmartRise'.

25.     When defendants demanded that Plaintiff stop using the term 'SmartRise' they knew that the Reigstered Servicemark was a design mark that did not make a standard character claim, and that Plaintiff was not using the Registered Servicemark.

26.     The USPTO relied on Gumm's materially false statements in the Application when it issued the Registered Servicemark.

27.     The USPTO relied on Gumm's materially false sworn declaration in issuing the Registered Servicemark.

28.     A true and correct copy of the servicemark registration for the Registered Servicemark is attached to this Complaint as Exhibit 5.

29.     All conditions precedent to the bringing and maintenance of this action have been performed, were waived, would be futile if attempted, or have otherwise occurred.

## COUNT I

## ACTION FOR DECLARATORY JUDGMENT

30.     Plaintiff adopts and realleges paragraphs 1 through 29 here as if they were set forth here in full.

31.     This is an action for declaratory judgment pursuant to 28 U.S.C. § 2201.

32.     A controversy has arisen between the plaintiff and defendants concerning whether plaintiff is infringing the Registered Servicemark.

33.     Defendants claim that plaintiff is infringing the Registered Servicemark.

34.     Defendants have sent notice to plaintiff to cease and desist its use of the term 'SmartRise' in the operation of its elevator service business, copies of which are attached to this Complaint as Exhibit 1, 2, and 3.

35.     Plaintiff is an elevator service and repair business.

36.     Plaintiff will not agree to cease and desist from its use of the name 'SmartRise' because its use of the name does not infringe Registered Servicemark.

37.     There is a bona fide dispute between plaintiff and defendants as to whether plaintiff is infringing defendants' Registered Servicemark.

38.     Plaintiff seeks to resolve that dispute in this Court.

## DEMAND FOR RELIEF

WHEREFORE plaintiff respectfully requests:

A.      That this Court assume jurisdiction over this case and the parties hereto;

B.      That this Court declare that plaintiff is not infringing the Registered Servicemark;

C.      That this Court declare that defendants have no right to enforce the Registered Servicemark against plaintiff.

## COUNT II

## ACTION TO DETERMINE RIGHT TO REGISTRATION
## AND FOR CANCELLATION

39.     Plaintiff adopts and realleges paragraphs 1 through 29 here as if they were set forth here in full.

40.     This is an action to determine the right to registration of a trademark and for cancellation of a servicemark pursuant to 15 U.S.C. § 1119.

41.     15 U.S.C. § 1119 empowers this Court to "determine the right to registration [and] order the cancellation of registrations" and further provides that determinations made by the district court shall control the United States Patent and Trademark Office.

42.     This Court can cancel a Servicemark Registration within five years from the initial date of registration pursuant to 15 U.S.C. § 1119 for any reason that would have been sufficient to deny the registration.

43.     This Court has the power to cancel a Servicemark Registration on a name that was already in use in the industry or for which the registration was acquired via fraud on or misrepresentation to the USPTO.

44.     The name "SmartRise" was already in use by others in the elevator and/or elevator service industries when Gumm filed the Application.  Therefore, the Application should not have been approved by the USPTO and the Registered Servicemark should not have been registered on the Principal Register.

45.     Gumm was not personally using the Registered Servicemark when she filed the Application.  Therefore, the Application contains a material misrepresentation and the Registered Servicemark was acquired via fraud or misrepresentation to the USPTO.  For these reasons the USPTO should not have approved the Application and the Registered Servicemark should not have been registered on the Principal Register.

## DEMAND FOR RELIEF

WHEREFORE plaintiff respectfully requests:

A.     That this Court assume jurisdiction over this case and the parties hereto;

B.     That this Court declare that defendants had no right to a Servicemark Registration on the name "SmartRise;" and,

C.    That this Court cancel the Registered Servicemark and notify the United States Patent and Trademark Office of its action.

Dated: February 21, 2014.

*Respectfully submitted,*

MICHAEL D. CROSBIE (Trial Counsel)
FL Bar No. 72575
DANIEL J. BARSKY
FL Bar No. 0025713
TIMOTHY D. WOODWARD
FL Bar No.: 0486868
SHUTTS & BOWEN LLP
300 S. Orange Avenue, Suite 1000
Orlando, FL 32801
Telephone:  407-835-6796
Facsimile:  407-849-7275
Email: MCrosbie@shutts.com
Email: DBarsky@shutts.com
Email:  TWoodward@shutts.com

ORLDOCS 13302887 1 TBF.TBF

FLORIDA DEPARTMENT OF STATE
DIVISION OF CORPORATIONS

## Detail by Entity Name

### Trademark

SMARTRISE ELEVATOR SERVICE & DESIGN OF HALO, TYLO DIRECTIONAL ARROWS ACTING AS A "V" AND DOT ON THE "I"

### Filing Information

| | |
|---|---|
| Document Number | T14000000098 |
| Date Filed | 01/29/2014 |
| Expiration Date | 01/29/2019 |
| First Used In Florida | 10/28/2009 |
| First Used Anywhere | 05/15/2009 |
| Status | ACTIVE |

**Mark Used In Connection With**
ELEVATOR SERVICE, EVEVATOR REPAIR, ELEVATOR MODERNIZATION, ELEVATOR INSTALLATION
**Disclaimer For**
"ELEVATOR SERVICE"

### Owners

**Name & Address**

GUMM, ANDREA
9096 SVL BOX
VICTORVILLE, CA 92395

### Type/Class

SM-00370000 00000000000 00000000000 00000000000
00000000000 00000000000 00000000000 00000000000
00000000000 00000000000 00000000000 00000000000
00000000000 00000000000 00000000000 00000000000
00000000000 00000000000 00000000000 00000000000

### Cross Reference

No Cross Reference

### Document Images

No Images are available for this filing.



EXHIBIT

1

SmartRise Elevator

Sam Harris

**From:** info@smartriseinc.com
**Sent:** Tuesday, February 04, 2014 8:58 AM
**To:** sam@SmartRiseInc.com
**Subject:** Fwd: Contact Form Submission from Art L Gumm

-----Original Message-----
**From:** info@smartriseinc.com [mailto:info@smartriseinc.com]
**Sent:** Thursday, January 30, 2014 05:05 PM
**To:** info@smartriseinc.com
**Subject:** Contact Form Submission from Art L Gumm

Name: Art L Gumm Email: art@smartriseelevator.com Comments: Sam, Just a friendly warning of our intent to sue regarding the use of our name and trade mark infringement. Of note, we note only have a Federal Trade mark, but our name is also Trade marked with the State of Florida. I spoke with them in detail and they will suspend any company in the State of Florida utilizing a Trade marked name and service mark. I thought I would give you one more opportunity to do the right thing before I utilize the tools available to me. I look forward to your response.
http://search.sunbiz.org/Inquiry/CorporationSearch/SearchResultDetail/TrademarkName/trade-t14000000096-576ed388-359f-452e-b709-105d935b09b2/SmartRise/Page1

---

IRS CIRCULAR 230 NOTICE: Pursuant to recently enacted U.S. Treasury Department Regulations, we are now required to advise you that, unless otherwise expressly indicated, any federal tax advice expressed above was neither written nor intended by the sender or this firm to be used and cannot be used by any taxpayer for the purpose of avoiding penalties that may be imposed under U.S. tax law. If any person uses or refers to any such tax advice in promoting, marketing or recommending a partnership or other entity, investment plan or arrangement to any taxpayer, then the advice should be considered to have been written to support the promotion or marketing by a person other than the sender or this firm of that transaction or matter, and such taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.

The information in this email transmission is privileged and confidential. If you are not the intended recipient, nor the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this transmission (including any attachments) is strictly prohibited. If you have received this email in error, please notify the sender by email reply. Thank you.



EXHIBIT
2

## SmartRise
### Elevator

9096 SVL Box                                    (909) 568-5574 Office
Victorville, CA 92395

January 31, 2014

Mr. Sam Harris
SmartRise Elevator, Inc.
4309 West Pearl Ave, Suite L
Tampa, FL 33611

Re: Infringement of Trademark Rights of Andrea Gumm.

Mr. Sam Harris:

Please be advised, your use of SmartRise is a violation of Andrea Gumm's common law
trademark rights, common law service mark rights, and trade name rights, and this letter
constitutes Andrea Gumm's demand that you cease and desist any and all use of these
names.

SmartRise Elevator Service, Inc. is a family owned business offering elevator service,
repair, and modernization to consumers in California. Andrea Gumm was registered as a
Limited Liability Company on May 2009, and as a California corporation in May 2010
and has continually used "SmartRise", SmartRise Elevator, and "SmartRise Elevator
Service" (the "Marks") throughout California as its brand name since that time. Since its
incorporation, Andrea Gumm has continually used the Marks in advertising campaigns
and in the community, including through its website at www.smartriseelevator.com which
Andrea Gumm registered on February 22, 2010. As a result of these efforts, Andrea
Gumm's customers, and the general public, have come to recognize SmartRise Elevator
Service, Inc. as an established elevator service, repair, and modernization business.
Further, our "trademarked" logo was designed in November of 2008.

Andrea Gumm became aware of your use of the www.smartriseinc.com domain, a direct
copy of our registered mark, and SmartRise Elevator, which confuses and redirects
visitors to your company. Under trademark law, common law trademark infringement
occurs when a party utilizes a trade or service mark that creates a likelihood of consumer
confusion. As you are undoubtedly aware, your name and logo are identical to Andrea
Gumm's marks.

Because of your use of this business/domain name, Andrea Gumm has already
witnessed actual confusion in the market, from both mechanics and consumers.

Andrea Gumm has received a number of phone calls of actual consumer confusion
asking if the company has moved. This presumably represents a small portion of
consumers who are confused but never take the time to find another way to contact
Andrea Gumm and report the confusion caused by your use of these domain and
business names.

**EXHIBIT**

**3**



9096 SVL Box
Victorville, CA 92395

(909) 568-5574 Office

Andrea Gumm has several options under trademark law to enforce its legal rights in the Marks thru Federal Court in the State of California. If Andrea Gumm were to file a lawsuit against you, "The Company" would be entitled to seek: (1) preliminary and permanent injunctions; (2) actual monetary damages; (3) disgorging of any profits you have realized through your use of the Marks; (4) reimbursement of attorney's fees required to prosecute a lawsuit against you; and (5) monetary damages for damage to Andrea Gumms goodwill in the market.

Please be advised that Andrea will undertake all appropriate steps to protect its Marks and its associated goodwill. You can avoid legal action by immediately ceasing and desisting from any and all infringing activity including use of the SmartRise Elevator and www.smartriseinc.com names. You must cease and desist all promotion and/or marketing of elevator service, repair, and modernization utilizing the SmartRise name. You are hereby put on notice that SmartRise Elevator Service and our counsel will be monitoring your use of these domain names for this purpose. Additionally, you must execute a copy of this letter and send it to SmartRise Elevator Service within fourteen (14) days of the receipt of this letter. I recommend you consult with an attorney before taking any action.

If you have any questions, please feel free to contact me.

Sincerely,

Art L Gumm, President
SmartRise Elevator Service, Inc

909-568-5574

CC: Jeffrey Kopczyski, Esq

01/31/2014 11:27 FAX 760 962600854+          GUMM          ☑003

# United States of America

## United States Patent and Trademark Office



**Reg. No. 3,922,590**

**Registered Feb. 22, 2011**

**Int. Cl.: 37**

**SERVICE MARK**

**PRINCIPAL REGISTER**

GUMM, ANDREA (UNITED STATES INDIVIDUAL)
9096 SVL BOX
13870 DRIFTWOOD DRIVE
VICTORVILLE, CA 92395

FOR: ELEVATOR INSTALLATION AND REPAIR, IN CLASS 37 (U.S. CLS. 100, 103 AND 106).

FIRST USE 6-1-2010; IN COMMERCE 6-1-2010.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "ELEVATOR SERVICE", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF THE WORD "SMARTRISE" ABOVE THE WORDING "ELEVATOR SERVICE" WHERE THERE IS A HALO AROUND THE WORD "SMART". 1 (ONE) DIRECTIONAL ARROW AS THE DOT ON THE "I" IN "RISE". AND 1 (ONE) DIRECTIONAL ARROW AS THE "V" IN "SERVICE".

SER. NO. 85-061,257. FILED 6-11-2010.

LINDA ORNDORFF, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

Detail by Entity Name                                    Page 1 of 2



# FLORIDA DEPARTMENT OF STATE
# DIVISION OF CORPORATIONS

# Detail by Entity Name

## Trademark

SMARTRISE ELEVATOR SERVICE & DESIGN OF HALO, TYLO DIRECTIONAL ARROWS ACTING AS A "V" AND DOT ON THE "I"

## Filing Information

| | |
|---|---|
| Document Number | T14000000096 |
| Date Filed | 01/29/2014 |
| Expiration Date | 01/29/2019 |
| First Used In Florida | 10/28/2009 |
| First Used Anywhere | 05/15/2009 |
| Status | ACTIVE |

## Mark Used In Connection With
ELEVATOR SERVICE, EVEVATOR REPAIR, ELEVATOR MODERNIZATION, ELEVATOR INSTALLATION
## Disclaimer For
"ELEVATOR SERVICE"

## Owners
**Name & Address**

GUMM, ANDREA
9096 SVL BOX
VICTORVILLE, CA 92395

## Type/Class

SM-00370000 00000000000 00000000000 00000000000
00000000000 00000000000 00000000000 00000000000
00000000000 00000000000 00000000000 00000000000
00000000000 00000000000 00000000000 00000000000
00000000000 00000000000 00000000000 00000000000

## Cross Reference
No Cross Reference

## Document Images
No Images are available for this filing.



PTO Form 1478 (Rev 5/2006)
OMB No. 0651-0009 (Exp 12/31/2011)

# Trademark/Service Mark Application, Principal Register

# TEAS Plus Application

### Serial Number: 85061257
### Filing Date: 06/11/2010

*NOTE: Data fields with the \* are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

---

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| TEAS Plus | YES |
| **MARK INFORMATION** | |
| *MARK | \\TICRS\EXPORT10\IMAGEOUT 10\850\612\85061257\xml1\ FTK0002.JPG |
| *SPECIAL FORM | YES |
| USPTO-GENERATED IMAGE | NO |
| LITERAL ELEMENT | SmartRise Elevator Service |
| *COLOR MARK | NO |
| *COLOR(S) CLAIMED (If applicable) | |
| *DESCRIPTION OF THE MARK (and Color Location, if applicable) | The mark consists of a halo around the word "Smart", 1 (one) directional arrow as the dot on the "i" in "Rise", and 1 (one) directional arrow as the "V" in "Service". |
| PIXEL COUNT ACCEPTABLE | YES |
| PIXEL COUNT | 944 x 289 |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Gumm, Andrea |
| INTERNAL ADDRESS | 9096 SVL Box |
| *STREET | 13870 Driftwood Drive |

| CORRESPONDENCE INFORMATION | |
|---|---|
| *CONCURRENT USE CLAIM (if applicable) | |
| *CONSENT (NAME/LIKENESS) (if applicable) | |
| *CLAIMED PRIOR REGISTRATION (if applicable) | |
| *TRANSLITERATION (if applicable) | |
| *TRANSLATION (if applicable) | |
| ADDITIONAL STATEMENT'S SECTION | |
| SPECIMEN DESCRIPTION | Digital image of a flyer currently used in commerce |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT10\IMAGEOUT 10\850\612\85061257\xml1\FTK0003.JPG |
| FIRST USE IN COMMERCE DATE | At least as early as 06/01/2010 |
| FIRST USE ANYWHERE DATE | At least as early as 06/01/2010 |
| FILING BASIS | SECTION 1(a) |
| IDENTIFICATION | Elevator installation and repair |
| *INTERNATIONAL CLASS | 037 |
| GOODS AND/OR SERVICES AND BASIS INFORMATION | |
| *COUNTRY OF CITIZENSHIP | United States |
| *TYPE | INDIVIDUAL |
| LEGAL ENTITY INFORMATION | |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| EMAIL ADDRESS | andrea@smart-riseelevator.com |
| FAX | (760) 962-6854 |
| PHONE | (760) 951-0838 |
| *ZIP/POSTAL CODE (Required for U.S. applicants only) | 92395 |
| *COUNTRY | United States |
| *STATE (Required for U.S. applicants) | California |
| *CITY | Victorville |

| *NAME | Gumm, Andrea |
|---|---|
| INTERNAL ADDRESS | 9096 SVL Box |
| *STREET | 13870 Driftwood Drive |
| *CITY | Victorville |
| *STATE<br>(Required for U.S. applicants) | California |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE | 92395 |
| PHONE | (760) 951-0838 |
| FAX | (760) 962-6854 |
| *EMAIL ADDRESS | andrea@smart-riseelevator.com |
| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| FEE INFORMATION | |
| NUMBER OF CLASSES | 1 |
| FEE PER CLASS | 275 |
| *TOTAL FEE PAID | 275 |
| SIGNATURE INFORMATION | |
| * SIGNATURE | /AG/ |
| * SIGNATORY'S NAME | Andrea Gumm |
| * SIGNATORY'S POSITION | Owner |
| * DATE SIGNED | 06/11/2010 |

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2011)

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 85061257**
**Filing Date: 06/11/2010**

## To the Commissioner for Trademarks:

**MARK:** SmartRise Elevator Service (stylized and/or with design, see <u>mark</u>)

The literal element of the mark consists of SmartRise Elevator Service.
The mark consists of a halo around the word "Smart", 1 (one) directional arrow as the dot on the "i" in "Rise", and 1 (one) directional arrow as the "V" in "Service".
The applicant, Andrea Gumm, a citizen of United States, having an address of
    9096 SVL Box,
    13870 Driftwood Drive
    Victorville, California 92395
    United States
requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
    International Class 037:  Elevator installation and repair


In International Class 037, the mark was first used at least as early as 06/01/2010, and first used in commerce at least as early as 06/01/2010, and is now in use in such commerce. The applicant is submitting one specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services, consisting of a(n) Digital image of a flyer currently used in commerce.
<u>Specimen File1</u>


The applicant's current Correspondence Information:
    Gumm, Andrea
    9096 SVL Box
    13870 Driftwood Drive
    Victorville, California 92395

(760) 951-0838(phone)
(760) 962-6854(fax)
andrea@smart-riseelevator.com (authorized)

A fee payment in the amount of $275 has been submitted with the application, representing payment for 1 class(es).

### Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.


Signature: /AG/   Date Signed: 06/11/2010
Signatory's Name: Andrea Gumm
Signatory's Position: Owner


RAM Sale Number: 5603
RAM Accounting Date: 06/14/2010

Serial Number: 85061257
Internet Transmission Date: Fri Jun 11 20:53:08 EDT 2010
TEAS Stamp: USPTO/FTK-204.94.57.36-20100611205308577
544-85061257-460a779ec263b72d2af7021ebe9
93b2391c-DA-5603-20100610212705559591





## "THE SMART CHOICE. THE RIGHT CHOICE"

### WE OFFER:

- MAINTANCE SERVICE
- ELEVATOR REPAIRS
- ELEVATOR MODERATIONS

Smart Rise Elevator wants to earn your trust and business by building a strong foundation based on quality service, personal attention, and communication. We are a well established, independently owned and operated elevator service company. We set high standards of preventative maintenance and repairs with focus on timely responses to our customer's needs. We gladly provide you with free evaluation of your equipment. For more information we may be contacted at smartriseelevatorservice.com or 909-394-6700

# United States of America

## United States Patent and Trademark Office



**Reg. No. 3,922,590**

**Registered Feb. 22, 2011**

**Int. Cl.: 37**

**SERVICE MARK**

**PRINCIPAL REGISTER**

GUMM, ANDREA (UNITED STATES INDIVIDUAL)
9096 SVL BOX
13870 DRIFTWOOD DRIVE
VICTORVILLE, CA 92395

FOR: ELEVATOR INSTALLATION AND REPAIR, IN CLASS 37 (U.S. CLS. 100, 103 AND 106).

FIRST USE 6-1-2010; IN COMMERCE 6-1-2010.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "ELEVATOR SERVICE", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF THE WORD "SMARTRISE" ABOVE THE WORDING "ELEVATOR SERVICE" WHERE THERE IS A HALO AROUND THE WORD "SMART", 1 (ONE) DIRECTIONAL ARROW AS THE DOT ON THE "I" IN "RISE", AND 1 (ONE) DIRECTIONAL ARROW AS THE "V" IN "SERVICE".

SER. NO. 85-061,257, FILED 6-11-2010.

LINDA ORNDORFF, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office



EXHIBIT

5